# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2021

**BY ECF**
The Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Dayshawn Hill**
      **21 Cr. 81 (SHS)**

Dear Judge Stein,

I represent Dayshawn Hill on the above-captioned matter. I write to respectfully request an order form the Court permitting Dayshawn Hill to virtually attend the memorial service for his brother, John Hill, on Saturday, February 20, from 2 to 4pm. The Government does not object to this request.

On January 28, 2020, Mr. Hill was arrested and presented in Magistrate Court. Following a contested bail hearing, Magistrate Judge Debra Freeman ordered Mr. Hill detained. Mr. Hill is currently being held at Essex County Correctional Facility in Essex County, New Jersey. While incarcerated, Mr. Hill learned that his brother, John Hill, was killed on February 5, 2020. The memorial service for John Hill is being held on Saturday, February 20, 2020, from 2 to 4pm. Mr. Hill would like permission to attend the memorial remotely. I have spoken with Mr. Hill's sister, Kyndra Hill, who is able to facilitate his virtual presence at the service.

Accordingly, Mr. Hill respectfully requests an order requiring Essex County Correctional Facility to facilitate Mr. Hill's virtual attendance at his brother's memorial on February 20, 2020. The Government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender

Essex County Correctional Facility is directed to facilitate Dayshawn Hill's virtual attendance at his brother's memorial on February 20, 2020.

(212) 417-8721

Dated: New York, New York
February 17, 2021

SO ORDERED:

*Sidney H. Stein*

_____
**HONORABLE SIDNEY H. STEIN**
United States District Judge

cc:   Patrick Moroney, Assistant U.S. Attorney