UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21 -Cr. 81   (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE |
| Dayshawn Hill, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __Dayshawn Hill__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____   Initial Appearance/Appointment of Counsel

_X_   Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Preliminary Hearing on Felony Complaint

____   Bail/Revocation/Detention Hearing

____   Status and/or Scheduling Conference

____   Misdemeanor Plea/Trial/Sentence

_____          /s/ Marne L. Lenox
Defendant's Signature (Judge may obtain          _____
Verbal consent on Record and Sign for Defendant          Defense Counsel's Signature

 Dayshawn Hill                                              Marne L. Lenox
_____          _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

 February 24, 2021                                _____
Date                                                              Sidney H. Stein, U.S.D.J.