UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21_-Cr. 81___ (SHS)

    -v-  :  CONSENT TO PROCEED BY
                               VIDEOCONFERENCE OR
Dayshawn Hill,  :  TELECONFERENCE

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant _Dayshawn Hill_____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

/s/ Dayshawn Hill                                          /s/ Marne L. Lenox
_____          _____
Defendant's Signature (Judge may obtain      Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

Dayshawn Hill                                               Marne L. Lenox
_____          _____
Print Defendant's Name                              Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

Dated: New York, New York
       May 3, 2021                                _____
                                          Sidney H. Stein, U.S.D.J.